# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | |
|---|---|
| **GUADALUPE DELAROSA, JR.** | **CIVIL ACTION NO. 2:18-00186** |
| **VERSUS** | **JUDGE SUMMERHAYS** |
| **PACKAGING CORP. OF AMERICA, INC., ET AL** | **MAG. JUDGE KAY** |

## JUDGMENT

For the reasons set forth in the Report and Recommendation of the Magistrate Judge, as supplemented by the Court's Ruling issued this date, and after a de novo review of the record, including the objections filed by Plaintiff, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that Plaintiff's Motion to Remand (Rec. 9) and Plaintiff's Motion to Amend (Rec. 15) are **DENIED.**

**IT IS FURTHER ORDERED** that all claims brought against Timothy Wohlers, individually, are **DISMISSED WITHOUT PREJUDICE.**

**THUS DONE AND SIGNED** in Lafayette, Louisiana on this 13th day of November, 2018.

_____
**ROBERT R. SUMMERHAYS**
**UNITED STATES DISTRICT JUDGE**